ORIGINAL

**WARNING:** **THIS DOCUMENT IS SEALED AND CONTAINS NON-PUBLIC INFORMATION**

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Marc.Wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 26, 2017
SUE BEITIA, CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF:<br><br>SILVER LEXUS SEDAN, LICENSE PLATE SRN395, VIN # JTHCK262X72011015 | ) MAG. NO. 16-1227 BMK<br>)<br>) APPLICATION FOR EXTENSION OF<br>) ORDER FOR A TRACKING WARRANT;<br>) AFFIDAVIT IN SUPPORT OF AN<br>) APPLICATION FOR A SEARCH<br>) WARRANT<br>)<br>) **Filed Under Seal**<br>) |

APPLICATION FOR EXTENSION OF
ORDER FOR A TRACKING WARRANT

Marc A. Wallenstein, an Assistant United States Attorney, United States Department of Justice, hereby applies to the court, pursuant to Title 18 United States

Code, Section 3117, for extension of an order authorizing the installation and use of a mobile tracking device.

In support of this application, Applicant states the following:

1. Applicant is an "attorney for the Government" as defined in Rule 54(c) of the Federal Rules of Criminal Procedure, and therefore, and pursuant to Section 3117 of Title 18, United States Code, may apply for an order authorizing the installation and use of a mobile tracking device. By prior Orders entered October 7, 2016, November 29, 2016, December 5, 2016, January 13, 2017, February 27, 2017, and April 4, 2017 this Court authorized the installation and use of said devices on a silver Lexus 4-door sedan bearing license plate number SRN395 and vehicle identification number JTHCK262X72011015, including extensions up to and including 45 days from April 15, 2017, that is, until May 29, 2017.

2. As set forth in greater detail in the original Application, which is incorporated here by reference, as well as the attached Affidavit, the Federal Bureau of Investigation is conducting a criminal investigation of Ikaika Erik Kang ("KANG") in connection with possible violations of 18 U.S.C. § 2339B (Providing, or attempting, or conspiring to provide material support or resources to a designated foreign terrorist organization); 18 U.S.C. § 1113 (Attempt to commit murder within the special maritime and territorial jurisdiction of the United States); 18 U.S.C. § 1114 (Attempt to kill any officer or employee of the United States); and 18 U.S.C. § 115 (Threatening a federal official). The subject of the investigation is using a silver

Lexus 4-door sedan bearing license plate number SRN395 ("SUBJECT VEHICLE"), and vehicle identification number JTHCK262X72011015, in furtherance of and in connection with the subject offenses. The information likely to be obtained from the tracking warrant is relevant to the ongoing criminal investigation, for all the reasons set forth in the original Application in this matter. The investigation is ongoing. The FBI is continuing its efforts to detect and disrupt KANG's possibly unlawful and violent activities.

      4. Accordingly, undersigned counsel respectfully requests that the court issue an order authorizing the installation and continued use of a mobile tracking device on the SUBJECT VEHICLE for an additional forty-five (45) day period after May 29, 2017, that is, until July 13, 2017.

      Respectfully submitted this __25__ day of May, 2017, at Honolulu, Hawaii.

                              ELLIOT ENOKI
                              Acting United States Attorney
                              District of Hawaii

                        By_____
                              MARC A. WALLENSTEIN
                              Assistant U.S. Attorney